In the Matter of JASON A. CHABOT, Appellant, v LISA A. CHABOT, Respondent.

Submitted August 16, 2004; decided October 14, 2004

Motion for leave to appeal dismissed upon the ground that appellant is not a party aggrieved (*see* CPLR 5511).

CITY OF NEW YORK, Respondent, v VERIZON NEW YORK, INC., et al., Appellants.

Submitted October 4, 2004; decided October 14, 2004

Motion by Time Warner Cable of New York City for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

ROBERT FLEMING et al., Appellants, v RUDOLPH W. GIULIANI et al., Respondents.

Submitted September 27, 2004; decided October 14, 2004

Motion by Lieutenants Benevolent Association of the City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

DAVID LANG, Appellant, v HANOVER INSURANCE COMPANY et al., Respondents.

Submitted October 4, 2004; decided October 14, 2004

Motion by CCC Insurance Company, Ltd. et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.